JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION dba CHASE CARD SERVICES aka JPMORGAN CHASE BANK and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No.: CV 16-8411-DMG (Ex)<br><br>**ORDER DISMISSING THE ACTION IN ITS ENTIRETY WITH PREJUDICE [14]** |

Pursuant to the voluntary dismissal of the action filed by plaintiff, this action is dismissed in its entirety with prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: March 6, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE